IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VESTCOM INTERNATIONAL, INC.                                                      PLAINTIFF

v.                                     CASE NO. 408CV00276 BSM

INFORMATION PLANNING AND
MANAGEMENT SERVICE, INC. d/b/a
IPMS                                                                                                DEFENDANT

ORDER OF DISMISSAL WITH PREJUDICE

On May 16, 2008, defendant filed a motion to dismiss pursuant to Rules 12(b)(1) and (b)(2) of the Federal Rules of Civil Procedure [Doc. #20]. The time to respond has expired and the plaintiff has not filed an objection to the motion to dismiss. Therefore, the Motion to Dismiss is granted and this action is dismissed without prejudice.

IT IS SO ORDERED this 9th day of June, 2008.

UNITED STATES DISTRICT JUDGE